# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

*664 Chestnut Ridge Road*  *65 Route 4 East*
*Spring Valley, NY 10977*  *River Edge, New Jersey 07661*
*Tel: (845) 352-0206*  *Tel: (201) 525-1099*
*Fax: (845) 352-0481*

September 6, 2017

The Honorable Judge Locke
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

> Re: *2:17-cv-01084-JS-SIL Plaintiff's Letter Motion to Continue the Status Conference set for September 7, 2017 at 10:00 AM*

The undersigned represents Plaintiff in the above captioned matter. Our firm recently began representing Malibu and hence has not had sufficient time to view the above captioned case in preparation for the scheduled status conference on September 7, 2017 at 10:00 a.m. Accordingly, the undersigned is respectfully requesting an adjournment of the status conference from September 7, 2017 at 10:00 a.m. to October 12, 2017 at 2:30 p.m.

WHEREFORE, Plaintiff, Malibu Media, LLC, hereby moves for entry of an order to continue the Status Conference currently set for September 7, 2017 at 10:00 am. to October 12, 2017 at 2:30 p.m.

Respectfully Submitted,

By: /s/ Kevin T. Conway, Esq.
Kevin T. Conway, Esq. (3347)
Kconway@ktclaw.com
664 Chestnut Ridge Road
Spring Valley, NY 10977-6201
T: (845) 352-0206
F: (845) 352-0481
*Attorneys for Plaintiff*

KTC:sf